JS - 6

**FILED: 2/1/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURALINE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CAO COSMETICS, INC., et al <br><br> Defendants. | CASE NO. CV 11-3707 GHK (MRWx) <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties pursuant to the "Notice of Settlement" filed on January 26, 2012, that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown **within 30 days**, to reopen the action if settlement is not consummated.

Dated:   2/1/12

GEORGE H. KING
United States District Judge